UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| I.D. as a parent of minor H.G.,<br><br>                Plaintiff,<br>   v.<br><br>FRANKLIN PIERCE SCHOOL DISTRICT,<br><br>                Defendant. | CASE NO. 3:25-cv-05367-DGE<br><br>ORDER GRANTING MOTION TO CONTINUE BRIEFING SCHEDULE (DKT. NO. 14) |

This matter comes before the Court on the Parties' stipulated motion to continue the briefing schedule. (Dkt. No. 14.) The Parties state that on September 30, Plaintiff's counsel realized the administrative record issued by the Office of Superintendent of Public Instruction omitted three exhibits from the underlying due process hearing. (*Id.* at 2.) The Parties conferred and agreed the entire administrative record is necessary for proper adjudication of the issues before the Court and therefore request an extension of the briefing schedule so that both Parties may analyze the missing exhibits. (*Id.*) The Parties stipulated to waive discovery and to wait to

resolve the issue of Plaintiffs' entitlement to attorney fees, if any, until "the merits of Plaintiffs' appeal have been resolved." (*Id.* at 3.)

Having found good cause, the Court ORDERS that the motion to continue the briefing schedule is GRANTED. The briefing schedule is now as follows:

- Plaintiffs' Opening Brief: due October 9, 2025, not to exceed 40 pages;
- The District's Opposition and Cross-Motion: November 28, 2025 (due 50 days after opening brief), not to exceed 40 pages;
- Plaintiffs' Opposition and Reply: December 28, 2025 (due 30 days after the District's Opposition and Cross-Motion), not to exceed 15 pages; and
- The District's Reply: January 27, 2026 (due 30 days after Plaintiffs' Opposition and Reply), not to exceed 15 pages.

The Clerk will note the cross motions for January 27, 2026.

Dated this 3rd day of October 2025.

David G. Estudillo
United States District Judge